IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUSTIN TYME JOHNSON,       :     No. 3:26-CV-0226
       **Petitioner**        :

                    :     **(Judge Munley)**

  v.                    :

                    :

WARDEN OF FCI LEWISBURG,   :
       **Respondent**      :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Petitioner Justin Tyme Johnson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2. Johnson's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DISMISSED** as moot, as the $5.00 filing fee was received on February 2, 2026.

3. The Clerk of Court is directed to CLOSE this case.

Date: _4-7-26_

BY THE COURT:

_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**